

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | | No. 08-24-00007-CV |
| LAW OFFICES OF MANNIE KALMAN, | § | |
| P.C., as Successor Trustee of the VAL-ELIZ | | AN ORIGINAL PROCEEDING |
| CHILDREN'S TRUST, VALOR D. | § | |
| BLAZER, ELIZABETH BLAZER, and | | IN MANDAMUS |
| DAWN START BLAZER, | § | |
| | | |
| Relators. | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Melissa A. Baeza of County Court at Law Number 3 of El Paso County, Texas and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 15TH DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.